United States Distict Court

Matthew R Thomas
KDOC# 0080566

Planiff

vs.

Centurion

Defendant

Complaint
Civil no:
21-3123-SAC

This matter Comes before U.S. Distict Court as a Civil action underway 42 USC Section 1983, under color of Law, and Secured by my Consitional rights violated.

Wherfore I Request Duty of Centurion defendants to comply with the Ending result of a faulse duty upon Precautions and faulse Diolegoies upon Dismissal of medical clear

with witness and more Summons:

1) Fulton # 112113
2) Ms. Patterson
3) Ms. Malulu
4) Mr. Niolaus Greene
5) KDOC El-Dorado, KS
6) Mr. Captain McCall

Please set a Dedio hearing for the above case also include KDOC Employee's and include inmate (Fulton 112113) New K.S.A.

Statues: 22-2302, 22-2307, 22-2309, 22-2409, 22-2509, 22-2303, 22-2304

I present my claim'(s) in a State/Federal Rule 65 and Malpractic as tles pention, Filed under 28 USC / + 42 US 1983 -(B)(3) 28 USC, 2254 withhold of Combined Statues.

I ReQuest a lawsuit of 1500 Dollars Neglect and another 2500 for Malpractic & not Ruling out any - other Diocese. And making false Diolices & withholdi Plantiff Relief of medical Clearness.

Matthew ? Lonne
KDOC# 80566
PO Box 311
El-Dorado, KS
67042

Matthew R Thomas

Matthew Thomas
0080566 (inmate)
PO Box 314
El-Dorado, KS
67042

(3)